**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                                                   **Case No. 11-CR-112**

**HECTOR PEREZ**
    **Defendant.**

**and**

**VIRGINIA PEREZ,**
    **Third-party petitioner.**

---

## ORDER

    **IT IS ORDERED** that the government file a response to the third-party petition for return of property (R. 502) on or before **March 12, 2015**.

    Dated at Milwaukee, Wisconsin, this 19th day of February, 2015.

                                          /s Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge